**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (*if known*) _____   Chapter _____ **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | H2U Ltd |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Hyson 2 U Ltd. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-1040826 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **464 Country Club Drive**<br>**Bensenville, IL 60106** | **7033 N. Kedzie Avenue #701**<br>**Chicago, IL 60645** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **dupage** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **shophyson.com; h2uonline.com (TRANSFERRED IN SETTLEMENT)**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **H2U Ltd** | | Case number (*if known*) | |
| | Name | | | |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **H2U Ltd** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
☐ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than100,000
■ 200-999

**15. Estimated Assets**

■ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000    ■ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **H2U Ltd** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **August 23, 2017**
MM / DD / YYYY

**X** **/s/ Karolis Kaminskas**                         **Karolis Kaminskas**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

| | |
|---|---|
| **18. Signature of attorney** | **X** **/s/ Mark Becker**                    Date **August 23, 2017** |

Signature of attorney for debtor                    MM / DD / YYYY

**Mark Becker**
Printed name

**Becker and Becker**
Firm name

**2300 Barrington rd ste 400**
**Hoffman Estates, IL**
Number, Street, City, State & ZIP Code

Contact phone    **847-382-9568**        Email address    **Beclaw@att.net**

Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **H2U Ltd** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **August 23, 2017** | X **/s/ Karolis Kaminskas** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Karolis Kaminskas** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>H2U Ltd</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF ILLINOIS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $     **40,370.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $     **40,370.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     **16,286.47**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **1,595,071.64**

4.  **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b     $     **1,611,358.11**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **H2U Ltd**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$200.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Checking account - Bank:** | | | |
| 3.1.   **Account Number** | | | **$200.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$400.00**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.   **Security deposit with landlord** | **$2,400.00** |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| Debtor | **H2U Ltd** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**9.   Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$2,400.00

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:   37,570.00   -   0.00   = ....   $37,570.00
     face amount                        doubtful or uncollectible accounts

---

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$37,570.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture**<br>**Shelves, office and warehouse furniture,**<br>**computers, desks, printeres, office supplies** | $0.00 | | $0.00 |

**40.     Office fixtures**

**41.     Office equipment, including all computer equipment and**
**communication systems equipment and software**

**42.     Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

| Debtor | **H2U Ltd** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $0.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **ice cream truck - voluntarily surrendered** | $0.00 | | $0.00 |
| 47.2. **freightliner truck - voluntarily surrendered** | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 51. | **Total of Part 8.** | $0.00 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

| Debtor | **H2U Ltd** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>**All other assets**</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**lawsuit against Hyson Foods  case No  14 CH 1154 - DuPage Co - settled** | $0.00 |
| | **Nature of claim** | |
| | **Amount requested** **$0.00** | |
| | **H2U logo - settled** | $0.00 |
| | **Nature of claim** | |
| | **Amount requested** **$0.00** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Websites:   shophyson.com; h2uonline.com**<br>**TRANSFERRED IN SETTLEMENT** | $0.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **H2U Ltd** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $37,570.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $40,370.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $40,370.00 |

**Fill in this information to identify the case:**

Debtor name __**H2U Ltd**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **H2U Ltd**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $286.47 | $286.47 |

**IRS**
**Deparrtment of Treasury**
**Cincinnati, OH 45999**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| **2.2** | Priority creditor's name and mailing address | $14,000.00 | $14,000.00 |
|---|---|---|---|

**IRS**
**Dept of Treasury**
**Cincinnati, OH 45999-9900**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**NY State Dept fo Taxation**

Albany, NY 12227

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**4EVER Design Studio Inc**
**3401-B N Kennicott Ave**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**A Lift Above Inc.**
**699Walnut, Unit B**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**A Lift Above Inc.**
**699 Walnut**
**Unit B**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**A One Logistic Inc**
**P.O.Box 976**
**Tinley Park, IL 60477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**A&G Mechanical Inc.**
**3027 Scott St.**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**A&G Mechanical, Inc.**
3027 Scott St.,
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**A&M Gourmet Foods Inc**
6813 Steels Ave
Toronto, ON M9V 4R9

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**AAB Trans Inc.**
6335 N Sacramento Ave, apt 2R
Chicago, IL 60659

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**AAB Trans, Inc.**
635 N Sacramento Ave, Apt
Chicago, IL 60659

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ABT ELECTRONICS/Synchrony Bank**
PO Box 960061
Orlando, FL 32896-0061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Advance Auto Parts**
9320 Skokie Blvd
Skoki, IL 60077

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Agma services Inc**
11 A Kingery quarter #201
WIlowbrook, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | H2U Ltd | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Akula LLC**
**864 Sumac Road**
**Highland Park, IL 60035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,482.50 |
|---|---|---|---|

**Akzepta Inkasso GMBH**
**Sironastrasse 3**
**A 5071**
**Wals Bein Salzburg,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $387.15 |
|---|---|---|---|

**Alef Sausage**
**1026 Campus Dr**
**Mundelein, IL 60060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,796.95 |
|---|---|---|---|

**Alex's Meat Distributors**
**5600 1st Ave**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Alexander Arutyunyan**
**4472 Four Winds Ln**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Aliance Ground**
**517 Express Center Dr**
**Ohare Aeroport, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ALKI**
**1285 Pebble Beach Rd**
**Tobyhanna, PA 18466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | H2U Ltd | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**All Stars Bakery**
**220 Viceroy Rd, Unit #6**
**Concord, ON L4K1S6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $128,062.40 |
|---|---|---|---|

**Altus Global Trade Solutions**
**2400 Veterans Memorial Blvd**
**#300**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,800.00 |
|---|---|---|---|

**American Express**
**1801 NW 66th Ave**
**Suite 103A**
**Plantation, Florida 33313-4571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**American Express 7-81001**
**BOX 0001**
**Los Angeles, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Amish Honey, Inc**
**2605 Coney Island Ave**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Anderson Pest Solutions**
**501 W Lake Street Ste 204,**
**Elmhurst, IL 60126-1419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Andy's Deli & Mikolajczyk Sausage Shop.l**
**4021 W. Kinzie St.**
**Chicago, IL 60624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ann's Bakery. Inc.**
**2158 W. Chicago Avenue**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Anton Aleksandrov**
**1405 Chippewa Trl**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**AP Atlantic Distribution Inc**
**7190 NW 12th Street**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.00 |
|---|---|---|---|

**Aqua Chill of Chicago**
**PO Box 24684**
**Tempe, AZ 85285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Arcadia Press, Inc.**
**10915 Franklin Ave., Suite L**
**Franklin Park, IL 60161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Arctic Food Services, Inc.**
**3012 Otto Street**
**Belleville, IL 62226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,977.66 |
|---|---|---|---|

**Argotrade**
**832 E Saint Georges Ave**
**Linden, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00**

**Arlington Hi-Tech auto**
**668 E.Norhtwest HWY,**
**Il   60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**ARLINGTON NISSAN**
**1100 W Dundee Rd**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Arriera Foods LLC**
**8402 Amparan Road**
**Laredo, TX 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Artjoms Kalinicenko**
**1751D W Howard St #103**
**Chicago, IL 60626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**ASAP Imports Co**
**320 Howard Ave**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,061.47**

**Ashland Sausage**
**280 S. Westgate Dr**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93.75**

**AT&T**
**PO Box 6416**
**Carol Stream, IL 60197-6416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **H2U Ltd** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**AT&T 4155**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**ATeam Office Interiors, Inc**
**PO Box 1683**
**Palatine, IL 60078-1683**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Autotronics Car Care of Skokie**
**8025 Skokie Blvd,**
**Skokie, IL 60077**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**AV Delicious Foods Inc.**
**77 Edgewood Rd**
**Morganville, NJ 07751**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Avanti -Business**
**Minsk 220136,**
**Briketa 2-332**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**AZ Midwest**
**875 E Devon Ave**
**Elk Grove Village, IL**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Baltic Builders & Designers, Inc**
**394 Gregg Ln.**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Baltic Marketing Inc**
**19 North Mountain Ave**
**Montclair, NJ 07042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Banat Consttruction INC**
**2501 Rusty Dr**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00** |
|---|---|---|---|

**Bank of America - 291012947258**
**PO Box 25118**
**Tampa, FL 33622-5118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$298.00** |
|---|---|---|---|

**BANK OF AMERICA 3100**
**PO Box 15796**
**Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,103.64** |
|---|---|---|---|

**Bank of America 5971**
**Business card**
**Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,281.72** |
|---|---|---|---|

**Bank of America xx1826**
**Legal Order Processing/Christiana IV**
**800 Samoset Dr**
**Newark, DE 19715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,514.42** |
|---|---|---|---|

**Bank of America xx5425**
**Legal Order Processing/Christiana IV**
**800 Samoset Dr**
**Newark, DE 19713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Bank of America xx7802
Legal Order Processing/Christiana IV
800 Samoset Dr
Newark, DE 19714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

Barcode Guy
2078 Wilson Road
Pisgah Forest, NC 28768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

Beata & Sons Cleaning
1088 Gokdfinch Lane
Antioch, IL 60003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

Beata Ivanauskiene
1088 Golfinch Ln.,
Antioch, IL 60002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

Becker & Becker
2300 Barrington Road, suite 400
Hoffman Estates, IL 60169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,751.21**

Beeline Truck
133 Beeline Drive
Bensenville, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00**

Bellafit Investments INC.
ADR Building, 13th floor,
Republic of

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Belmont Sausage**
**2201 Estes Avenue**
**Elk Grove, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**BM Transportation Towing LLC**
**PO Box 14209**
**Columbus, OH 43214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bon Marine Shipping Agency**
**Varna,**
**Vardar str.5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Boris Distribution**
**5243 Yarmouth Ave, Suite 40**
**Encino, CA 91316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bos Smoked Fish Inc.**
**1175 Pattullo Ave**
**Woodstock, ON N4S 7W3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bozillas Co.**
**5828 lenox Rd**
**Lisle, IL 60532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brandt Box & Paper Co, Inc**
**400 Lexington Dr**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Bridge Terminal Transport**
**BTTS Accounts Receivable**
**Charlotte, NC 28241-7917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Bright One Communication, Inc**
**19 Stack Dr**
**Staten Island, NY 10312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**BSD Smoked Seafood LLC.**
**5647 77th S.**
**Kenosha, WI 53142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $128,840.80 |
|---|---|---|---|

**Buffalo SAV Inc.**
**1550 William St**
**Buffalo, NY 14206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Bulat Tehnologies**
**612 Martin Ln**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**C & C Equipment Repair Inc**
**1901 Pratt Blvd**
**Elk Grove, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**CAJ International**
**51010N. Casa Blanca Drive, #206**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **H2U Ltd** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,733.61** |
|---|---|---|---|

**Cape Foods**
**Unit 18 Alternator Park**
**Western Cape   07441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,966.48** |

**Capital One**
**PO Box 71083**
**Charlotte, NC 28272-1083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**CAT SCALE COMPANY**
**PO BOX 630**
**Walcott, IA 52773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**Catania-Spagna Corp.**
**P.O. Box 847315**
**Boston, MA 02284-7315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**CF Style**
**700 N Green St, Suite #303**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**Chicago Rabbinical Council**
**2701 W. Howard St.**
**Chicago, IL 60645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |

**Chicago Seafood & Restaurant Supply**
**4433 W 42nd Place (Ann Lurie)**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

CK Commerce Inc
2009 N Kenneth Ave
Chicago, IL 60639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,580.00 |
|---|---|---|---|

CKS Warta Soccer Club
220 S Roselle Rd, Unit 521
Schaumburg, IL 60193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Codess, Inc.
C/O Elena Yurdanova
Ringwood, IL 60072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Columbia Container Lines (USA) Inc.
11 North Montague Street
Valley Stream, NY 11580

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Comcast 1551
PO Box 37601
Philladelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Comcast 1585
PO Box 3002
Southeastern, PA 19398-3002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617.40 |
|---|---|---|---|

Comcast Cable 1684
Po Box 3002
Southeastern,, PA 19398-3002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,378.96 |
|---|---|---|---|

**ComEd 1128**
**PO Box 6111**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**ComEd 4021**
**PO Box 6111,**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**ComEd 6033**
**PO Box 611**
**Carol Stream, IL 60197-6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**CONTAINERSTORE**
**Schaumburg**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,725.30 |
|---|---|---|---|

**Cosmopolitan Food Group, Inc**
**50 Harrison Street**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $979.79 |
|---|---|---|---|

**Country Insurance Company**
**PO Box 2100,**
**Bloomington, IL 61702-2100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Country Mutual Insurance Company**
**PO Box 2100**
**Bloomington, IL 61702-2100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **H2U Ltd** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Crepini LLC.**
**5600 First Ave.**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Crown Ocean International, Inc.**
**18 Throckmorton Ln, Suite 206**
**Old Bridge, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Cumberland Servicenter Inc.**
**2375 Oakton Street**
**Arlington Heights, IL 60005-4817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,030.20** |
|---|---|---|---|

**D.A.T. Direct Inc.**
**5143 Neast River Rd**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Dairy Import**
**3 Corporate Drive**
**Cranbury, NJ 08512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Dalian Masoo International Trading., Co**
**20 Gangwan St**
**Zhongshan District**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Dalius Sakalauskas**
**308 Beach Ave apt 3a**
**La Grange Park, IL 60526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|--------|---------|------------------------|--|
| | Name | | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--|--|--|

**DARF**
**Illinois Association of Retired Firefigh**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--|--|--|

**Data Anyway**
**9501 W Devon Ave, suite #500**
**Rosemont, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--|--|--|

**DBA Vanguard Logistics Services**
**250 South Gary Ave**
**Carlo Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--|--|--|

**Delicious World Corp**
**56 Vulcan St**
**Staten Island, NY 10305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--|--|--|

**Delizza Inc.**
**6610 Corporation Parkway**
**Battleboro, NC 27809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--|--|--|

**Deluxe for Business**
**P.O. Box 1186**
**Lancaster, CA 93584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|-------|--|--|--|

**Dependable Fire  Equipment, INC**
**100 North Le Baron street,**
**Waukeegan, IL 60085-3025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Destiny Transportation**
**4740 S. Whipple St.**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Didziokas Inc.**
**Ivan Didziokas**
**Palatine, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,601.00

**Dilara Tairova**
**151 Avon Road**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Direct Global , INC**
**Po Box 926**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.95

**Dnd Productions,Inc**
**340 Claymoor Suite 2B**
**Hinsdale, IL 60521-5042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**DSTRANS**
**Dalius Sakalauskas**
**La Grange Park, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Du Page Security Solutions, INC**
**603 S Addison Rd**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,911.46 |
|---|---|---|---|

**Due to Sojuz Inc**
**464 Country Club Dr**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**DuPage County Sheriff**
**20 Danada Square W #159**
**Wheaton, IL 60187-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dyachyshyn Julia**
**507n Spruse Dr.**
**Palatine, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Eastland Food**
**8305 Stayton Drive**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Eb Construction And Remodeling Llc.**
**38W510 Toms Trail Drive**
**St. Charls, IL 60175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ecomeal Organic**
**5349 Kings Highway**
**Brooklyn, NY 11203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Edgeball Table Tennis Corp.**
**Engelbert Solis**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H2U Ltd | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Efreightsolutions LLC**
**975 Cobb Place Blvd**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**EGF International LLC**
**1875 River Falls Dr.**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**EKSPORTA UAB**
**Sabalkalnio g.18**
**Lietuva**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Elite Express**
**PO Box 467263**
**Atlanta, GA 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,251.20 |
|---|---|---|---|

**Elite Naturel USA LLC**
**44 Mound Street**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Elmhurst Trans Chicago Truck Group**
**776 N York St**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**ELW Media Group Inc**
**1665 Hopi Trail**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| 3.132 | **Empire Bakery**<br>**180 Steeles Ave W. #31**<br>**Thornhill, ON L4J 2L1** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| 3.133 | **Ethnic Media Corporation**<br>**704 S. Milwaukee Ave.**<br>**Wheeling, IL 60090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| 3.134 | **Euro Import.**<br>**4821 1st Avenue**<br>**Brooklyn, NY 11232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| 3.135 | **European Importing Co.**<br>**4351 Jetway Ct**<br>**North Hignlands, CA 95660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| 3.136 | **European Sports**<br>**830A E. Golf Rd.**<br>**Schaumburg, IL 60173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|
| 3.137 | **Even Hotel NY**<br>**321 W 35th St,**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,635.16 |
|---|---|---|---|
| 3.138 | **Excellence Industries**<br>**3710 Corporex Park Drive**<br>**Tampa, FL 33619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **H2U Ltd** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Expack Seafood**
**915 Woodridge Center**
**Woodridge, NJ 07095**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**EZ Water Pure Inc.**
**P.O. Box 140524**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Far Island Corp.**
**None**
**New York, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Fatima Mirzaev**
**621 Dorset Court**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.08 |
|---|---|---|---|

**Fed Ex**
**P O Box 94525**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**First Alert**
**3901 Liberty Street Road**
**Aurora, IL 60504-8122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.90 |
|---|---|---|---|

**First American Payment Systems**
**100 Throckmorton St**
**Ste 1800**
**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**First Logistics**
**Baltijos pr.123/Minijos g.123-47,**
**Klaipeda**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Fish Boom, Inc**
**1411 Gravesend Neck Rd**
**Brooklyn, NY 11229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,668.25 |
|---|---|---|---|

**Five Star Consulting, Inc.**
**10014 Bissell Dr**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Food Trade**
**Fabijoniskiu 92-20,**
**Vilnius**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Four Seasons Dairy, Inc.**
**255 58th St**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**FREIGHTQUOTE.COM**
**1495 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $22,204.00 |
|---|---|---|---|

**Fully Equipped, Inc**
**1751D W Howard St #103**
**Chicago, IL 60626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Fyda Freightliner Columbus, Inc.**
**1250 Walcutt Rd.**
**Columbus, OH 43228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$422.20**

**Galletas Gullon S.A.**
**Avenidade Burgos, 2**
**Aguilar de Campoo   34800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Gateway Truck & Refrigeration**
**8745 west 82nd Place**
**Justice, IL 60458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$837.00**

**GATTO Inc.**
**405 S Creekside Dr, #603**
**Palatine, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**GE Capital**
**P.O. Box 740423**
**Atlanta, GA 30374-0423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Getman CO**
**9201 Skokie Blvd apt 302**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Glass Enhancements**
**4020 McFarland Rd**
**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.160** | Nonpriority creditor's name and mailing address

**Global Experience Specialists, Inc**
PO Box 96174
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address

**Global Importing Group**
4201 N.E. 161st Ave
Portland, OR 97230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$9.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address

**Globus foods.**
PO Box 1652
Des Plaines, IL 60017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$1,745.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address

**Gogsadze David**
5653  N.Chrirtiana
Chicago, IL 60659

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address

**Gold Field,Inc**
1819 ave L, apt 1D
Brooklyn, NY 11230

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$331,678.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address

**Golden Ocean Seafood, Inc**
2355 South Blue Island Ave
Chicago, IL 60608

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address

**Gorod Solnca**
29 Melnitskaya St
Odessa   65033

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                      **$1.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gourmands Club**
3452 San Fernando Rd
Los Angeles, CA 90065

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Great Northern Products Ltd**
P.O. Box 7622
Warwick, RI 02887

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.71 |
|---|---|---|---|

**Groot Industries, Inc.**
2500 Landmeir Rd.
Il   60007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**GS1 The Global Language Of Business**
Department
Detroit, MI 48278-1271

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,265.37 |
|---|---|---|---|

**Gunz America Corp.**
Im Hau 23
M?der   06841

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gvinjilia Mikheil**
9701 N. Dee Rd, apr. 5E, Niles,
IL   60714

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**H & S Trading**
21751 Arenga Ln
Estero, FL 33928

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | H2U Ltd | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Haifa Smoked Fish**
94-15 150 St
Jamaica, NY 11435

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Hickory House**
4396 E Alexander Rd
Las Vegas, NV 89115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Hitachi**
21925 Network  Place,
Chicago, IL 60673-1219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,458.74 |
|---|---|---|---|

**HONDA FINANCIAL SERVICES**
P.O. BOX 5308
ELGIN, IL 60121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,638.67 |
|---|---|---|---|

**Honey Tree**
8762 Reliable Pkwy
Chicago, IL 60686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Hubspot/McCarthy Burgess Wolfe**
26000 Cannon Road
Bedford, OH 44146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**HY CITE FINANCE**
PO BOX 2904
MILWAUKEE, WI 53201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**HYSON 2U LTD**
**464 Country Club Dr.**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**HYSON 2U, LTD**
**464 Country  Club DR**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Hyson Imports INC.**
**464 Country Club DR.**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,363.24 |
|---|---|---|---|

**Hyson Teas (PVT) Limited**
**190/1,**
**, Siri Sumana Mawatha,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Hyson USA Inc.**
**612 Supreme dr**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Hyson USA NY**
**P.O. Box 17**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Hyson USA, Inc**
**PO Box 17**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Igor Oleksyak**
6811 W. Altgeld St.
Chicago, IL 60707

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**IL Truck Center**
700 E. Devon Avenue
Elk Grove Village, IL 60007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,539.40 |
|---|---|---|---|

**ILG International Trading**
70 Bishop St
Staten Island, NY 10306

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Illinois Department of Employment Securi**
PO BOX 19300
Springfield, IL 62794-9300

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Illinois Department of Revenue**
P.O. Box 19052
Springfield, IL 62794-9052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Illinois Police Coalition**
7115 W North Ave #229
Oak Park, IL 60302

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Illinois Truck Centre Inc**
700 Devon Ave
Elk Grove, IL 60007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Image System**
**1776 Comerce Dr.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Imaginary Sun Inc**
**Saidas Blistrabas**
**Schauburg, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
|---|---|---|---|

**Impact Food Distributing, Inc.**
**52 Butler St**
**Elizabeth, NJ 07206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.70 |
|---|---|---|---|

**Infinity Insight, Inc.**
**7033 N Kedzie #701**
**Chicago, IL 60645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Infogroup**
**Ashley Hachat**
**Papillion, NE 68046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 804522**
**Cincinnati, OH 45280-4522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**International Gift & Tobacco**
**9 w irving park rd**
**Bensenville, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Interpage International**
8855 Bay Parkway #8D
Brooklyn, NY 11214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Iowa Illinois Warehouse Services,Inc**
1100 Houston Ave
Elgin, IL 60120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**IQM**
401 W Pleasant St
Hammonton, NJ 08037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ISUZU Finance of America**
2500 Westchester Avenue
#312
Purchase, NY 10577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,500.00 |
|---|---|---|---|

**Isuzu Finance Of America, Inc.**
777865 Solution Center
Chicago, IL 60067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**J & R Dairy**
5350 W 38th St
Cicero, IL 60804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Janel-Ferrara Group**
1319 N Broad Street
Hillside, NJ 07205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jesse White**
**Secretary of State License Renewal**
**Springfield, IL 62707-9700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**JJ Martin Group LLC**
**4002 2nd Ave**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**JK LOGISTIKCS LIMITED**
**2 Mitropoleos Street,**
**Nicosia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Joseph Dubinsky**
**PO Box 245436**
**Brooklyn, NY 11224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**JSC ' FOOD TRADE' Valdorfo**
**Fablijoniskiu 92-29,**
**Vilnius**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,425.13**

**Kabbage Inc.**
**925B Peachtree Street**
**Suite 1688**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Kamile Kaminskaite**
**S neries 51-92**
**Vilnius  06305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Karolina Express**
**9805 6th st, unit 203**
**Rancho Cucamonga,, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Karolis Kaminskas.**
**227 Rice Rd**
**Wayland, MA 01778-2808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,501.00** |
|---|---|---|---|

**Key V CO Ltd**
**325 Oak Creek Dr. Apt 207**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Khornauli Zurabi**
**1400 S. Busse Rd.**
**Apt.1A, mount Prospect,, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**KIA Motors Finance**
**P.O. Box 660891**
**Dallas, TX 75266-0891**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Kiachelli 21, Inc.**
**102-45 62 Rd, Suite 1F**
**Forest Hills, NY 11375**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**KLM TRANS, INC.**
**3435 S Cicero Ave,**
**Cicero, IL 60804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **H2U Ltd** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Konex - Tiva Ltd.**
**9 Bulgaria Blvd. bl. 3, entr. 1, ap. 1**
**Sofia   01408**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Konex-Tiva Ltd**
**9 Bulgaria blvdbl3. suite 1**
**Sofia 1408**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Kotra CDL School**
**35 Old Skokie Hwy**
**Park City, IL 60085**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Kozlova Anna**
**1518 E Palmer Ln**
**Palatine, IL 60074-1791**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Krasniy Oktyabr**
**60 20th St Sunset Industrial Park**
**Brooklyn, NY 11232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Krujex Freight Transport Corp**
**13215-C8 SE Mill Plain Blvd, # 112**
**Vancouver, WA 98684**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**La Bodega, Inc**
**3225 S Western Ave**
**Chicago, IL 60608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.230** | Nonpriority creditor's name and mailing address
**Labels Unlimited Company**
**3400 W 48th Place**
**Chicago, IL 60632**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,778.75**

---

**3.231** | Nonpriority creditor's name and mailing address
**Laceup Solutions Inc.**
**1040 Falcon Ave**
**Miami, FL 33166**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.232** | Nonpriority creditor's name and mailing address
**Laura Rozenbegaite**
**933 Providence Ln**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.233** | Nonpriority creditor's name and mailing address
**Law Office of Judi Smith**
**50 S. Main Street, Suite 200**
**Naperville, IL 60540**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,474.80**

---

**3.234** | Nonpriority creditor's name and mailing address
**Lectra Max Inc**
**1231 Harding Rd Apt 302**
**Des Plaines, IL 60016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.235** | Nonpriority creditor's name and mailing address
**Leonid Tansky.**
**4472 Four Winds Ln**
**Northbrook, IL 60062**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.236** | Nonpriority creditor's name and mailing address
**Lexus financial services**
**PO BOX 4102**
**Carol Stream, IL 60197-4102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

| Debtor | H2U Ltd | | | Case number (if known) | |
|--------|---------|---|---|---|---|
| | Name | | | | |

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|-------|---|---|---|

**Life Basics,LLC**
**444 Lake Cook Rd**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|-------|---|---|---|

**Lifeway Foods, Inc.**
**6431 West Oakton St**
**Morton Grove, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|-------|---|---|---|

**Lina Emroidery**
**1134 State St**
**Lemont, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$675.00** |
|-------|---|---|---|

**Lithuanian World Center**
**14911 127th St**
**Lemont, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.93** |
|-------|---|---|---|

**Ludwig Dairy Inc.**
**1270 Mark St**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,151.60** |
|-------|---|---|---|

**M & D Special**
**4 Margate Ct.**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|-------|---|---|---|

**Maersk line**
**9300 Arrowpoint Boulevard,**
**Charlotte, NC 28273-8136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Magic Service**
**641 Checker Dr.**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Maistrenka Vadzim**
**Hapsfield 207, Buffalo grove,**
**IL   60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Mariana Badia**
**1202 North 14th Ave**
**Melrose Park, IL 60160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Marinel LLC**
**3051 Brighton 3rd St**
**Brooklyn, NY 11235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Maryna Bila**
**1657 W Farwell Ave**
**Chicago, IL 60626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MASTER SAFETY, INC.**
**1280 MARK STR.**
**BENSENVILLE, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**McCormick Place**
**3050 S Moe Dr**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,615.45 |
|---|---|---|---|

**McQuilan Law Office LLC**
**Kevin McQuillan**
**Naperville, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Medaus Pirkliai**
**7 Juozapavicius**
**Kaunas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Medaus pirkliai UAB**
**A. Juozapavicius pr.7F,**
**Kaunas   45251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Media Express**
**Publishing Corporation**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Mediterranean Shipping Company (usa) Inc**
**420, 5Th Avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Mega Food Int.**
**10211 Northeast Ave**
**Philadelphia, PA 19116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**MegaFood Int.**
**10211 Northeast Ave**
**Philadelphia, PA 19116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Mercedes-Benz Financial Services USA LLC**
**PO Box 5209**
**Carol Stream, IL 60197-5209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,148.29** |
|---|---|---|---|

**Mercedes-Benz Financial Services USA LLC**
**13651 Heritage Parkway**
**Fort Worth, TX 76177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,305.57** |
|---|---|---|---|

**Mercedes-Benz Financial Services USA LLC**
**13650 Heritage Parkway**
**Fort Worth, TX 76177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Metropolitan Exposition Services,Inc**
**115 Moonachie ave**
**Moonachie, NJ 07074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Midwest Glass Tinters**
**260 Jamie Ln.**
**Wauconda, IL 60084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$628.42** |
|---|---|---|---|

**Migle Linga**
**480 N McClurg Ct**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$995.70** |
|---|---|---|---|

**Mindaugas Braslauskas**
**1338 Inverrary Ln**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **H2U Ltd** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Miro Transportation, Inc.**
**142/14 26th Aven**
**Flushing, NY 11354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**MOL (America) INC.**
**7573**
**Philadelphia, PA 19170-7573**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Mondray Trade LLP**
**82 Whitchurch Rd**
**Cardiff CF143LX**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Monitronics**
**Dept. CH 8628**
**Palatine, IL 60055-8628**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Mr. Pierogi Inc.**
**5600 1st. Avenue B16**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**MT.Shire Management**
**1821 W Golf Rd, Mount**
**Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**N-Logistics Company  LLP**
**Cornwall Buildings,**
**Birmingham B3 3QR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,796.70** |
|---|---|---|---|

**Nat Corp**
**16325 NE 44th Ct**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Natali Express**
**PO BOx 1167**
**Princeton, NJ 08542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Natalia Kirylchuk**
**973 Pine Tree Ctr**
**Buffalo Grove, IL 60089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Natallia Dudko**
**728 W Dempster St**
**Mt. Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**New Era Drug Testing**
**432 W Broadway**
**Glendale, CA 91204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**New Horizons Radio Corp.**
**6600 N. Lincoln Ave.,**
**Suite 236, IL 60712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**New Life Radio Co**
**615 Academy Dr., IL**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,410.67** |
|---|---|---|---|

**Nicor Gas 4368**
**PO BOX 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Nicor Gas 7826**
**PO BOX 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Nina Prikhodko**
**2431 JHappy Hollow RD,**
**Glenview, IL 60026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Nissan Motor Acceptance Corporation**
**P.O. Box 9001133**
**Louisville, KY 40290-1133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**North Fish USA**
**2681 S Park Rd**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**NW Trans Corp**
**431 E Osage Ln, #3B**
**Palatine, IL 60074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Oak Mill Bakery**
**8012 N.Milwaukee Ave.**
**Niles, IL 60714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,476.00** |
|---|---|---|---|

**Ocean Treasures**
**2840 139 Ave SE, Suite 26**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Office Expenses**
**464 Country Club Dr**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Oksana Kiriychuk**
**280 N. Westgate Apt. 122**
**Mt. Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,764.00** |
|---|---|---|---|

**Olivamed, LLC**
**401 Shotwell Dr**
**Franklin, OH 45005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**On Time Express**
**880 Red Hawk Dr.**
**Antioch, IL 60002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Pavel Yafremau**
**1518 S Fallbrook Dr**
**Round Lake Park, IL 60073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**PAWNEE Leasing Corporation**
**700 Centre Avenue**
**Fort Collins, CO 80526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.293** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**
Pelmen Foods Ltd.
777 The Queensway, Unit E
Toronto, ON M8Z 1N4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**
Pita Krunch
820 Champlain St
Toledo, OH 43604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,145.66**
Pitney Bowes
Purchase Power
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**
Polar Ice Co
2308 W 23st Place
Chicago, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**
PORT FREIGHT, INC
1600 Lower road
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**
Posh Nosh Imports
1 Jacobus Ave
South Kearny, NJ 07032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**
Prime Food USA LLC
220 Greencroft Ave
Staten Island, NY 11220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Principal Life Insurance Company**
**Grand Island,**
**Des Moines,, IA 50306-3513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,377.00 |
|---|---|---|---|

**Progressive Insurance**
**PO Box 7247-0112**
**Philadelphia, PA 19170-0112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**PTR Truck Center, LLC**
**1270 North Avenue**
**West Chicago, IL 60185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Qingdao Canned Foods Co., LTD**
**8, Shandong Road**
**Qingdao**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Qingdao Canned Foods Co., Ltd.**
**8, Shandong Rd**
**Qingdao**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**QUARTERSPOT**
**4601 N. Fairfax Dr., Suite 1120**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128,062.48 |
|---|---|---|---|

**QUARTERSPOT LOAN**
**4601 N. Fairfax Dr.**
**Suite 1120**
**Arlington, VA 22203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Quill.com**
**Quill Corporation**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**R.J.Electric Service,Co.**
**112 Hampton Ave.**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Radio Narodnaya Volna**
**310 Melvin DR, Ste.17**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,638.57** |
|---|---|---|---|

**RCO Law/Honey Tree**
**105 Brown  Street**
**Ste 100**
**Tecumseh, MI 49286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$737.78** |
|---|---|---|---|

**Red Square Foods**
**62 Berry St**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Related Product INC.**
**707 Thomas Drive**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Resurs Co, LTD**
**59 Zheleznodorozhnaya str,**
**457000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Roshen USA  LLC**
**77 Edgewood Rd.**
**Morganville, NJ 07751**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Rostyslav Kuznetcov**
**560 W Lodge Trl Unit B**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Royal Baza, Inc.**
**175 Lake ave,**
**Staten Island, NY 10303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,125.42** |
|---|---|---|---|

**Royal Sweet Bakery, Inc.**
**119 49th St**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**RUIZ VELASCO**
**180 N Wacker Dr #203**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Ruslan Khalilov**
**1335 Oakmeadow Ct.**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|

**Russian Creperie Company Inc.**
**800 E 91st Street**
**Brooklyn, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.321** | Nonpriority creditor's name and mailing address

Ryan Walach
820 N. Orleans, Suite 345
Chicago, IL 60610

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.322** | Nonpriority creditor's name and mailing address

Ryder - Bensenville
902 Rt 83
Bensenville, IL 60106

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.323** | Nonpriority creditor's name and mailing address

S & F Food Importers, Inc.
565 Edgeley Blvd
Vaughan, ON L4K 1X5

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$279.80

---

**3.324** | Nonpriority creditor's name and mailing address

S & P Tax Solutions, LTD.
141 Revere Drive
Northbrook, IL 60062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$4,800.00

---

**3.325** | Nonpriority creditor's name and mailing address

S & S Food Import
5337 Preston Ct
Brooklyn, NY 11234

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.326** | Nonpriority creditor's name and mailing address

SAFE  Security
PO Box 660826,
Dallas, TX 75266-0826

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.327** | Nonpriority creditor's name and mailing address

Safelite Auto Glass
500 E Thorndale Ave
Wood Dale, IL 60191

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | H2U Ltd | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.328 | **Nonpriority creditor's name and mailing address**<br>**Sakhalin, Inc.**<br>**117 25th St**<br>**Brooklyn, NY 11232** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,926.40** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.329 | **Nonpriority creditor's name and mailing address**<br>**Samsui Howard Group**<br>**1699 Wall St, Suite 120**<br>**Mount Prospect, IL 60056** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.330 | **Nonpriority creditor's name and mailing address**<br>**SAOM, Inc.**<br>**1464 River Rd, Suite 3**<br>**Edgewater, NJ 07020** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$448.20** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.331 | **Nonpriority creditor's name and mailing address**<br>**Savvy Trading Inc.**<br>**4947 N. Marmora Ave. FL 2**<br>**Chicago, IL 60630** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.332 | **Nonpriority creditor's name and mailing address**<br>**Schafer Fisheries Inc.**<br>**pO Box 399**<br>**Thomson, IL 61285** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.333 | **Nonpriority creditor's name and mailing address**<br>**SD HVAC Inc.**<br>**5469 W 84th St**<br>**Burbakan, IL 60459** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.334 | **Nonpriority creditor's name and mailing address**<br>**Seafood Expert West Inc.**<br>**4564 160 St**<br>**Flushing, NY 11358** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | H2U Ltd | | Case number (if known) | |
|--------|---------|---|------------------------|---|
| | Name | | | |

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Seafood Expert, Inc. DBA Int'l C&D**
**45-64 160 St**
**Flushing, NY 11358**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Seafreeze Ltd.**
**100 Davisvill Rd.**
**North Kingstown, RI 02852**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Secretary of State**
**Department of Business Services**
**Springfield, IL 62756-5510**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,151.14 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Seitenbacher America LLC**
**11505 Perpetual Drive**
**Odessa, FL 33556**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Shafran & CO**
**1061 Belmar Ln**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**SIA 'PIEJURA'**
**Avoti', Nicas pagasts,**
**Latvija, LV-3473**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------|

**Sojus GmbH**
**HauptstraBe 59**
**23879 Molln**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.23 |
|---|---|---|---|

**Sojuz ENT.**
**464 Country Club Dr.**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Solomiia Iarema**
**10137 Hartford Ct**
**Shiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Sonia's Kitchen**
**4114 B Place NW, Unit 102**
**Auburn, WA 98001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**SOS Internet Vehicle**
**3701 Winchester Rd**
**Springfield, IL 62707-9700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Sprint**
**PO Box 629023**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sprint**
**6200 Sprint Pkwy**
**Eisenhower A**
**Overland Park, KS 66251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**SSB Trucking Inc**
**170 Southwicker Dr**
**Streamwood, IL 60107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Stamps.com**
**PO Box 202928**
**Dallas, TX 75320-2928**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.31 |
|---|---|---|---|

**Stanislav Sytnyk**
**4958 W Newport Ave**
**Chicago, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.00 |
|---|---|---|---|

**Star Snacks LLC**
**105 Harbor Dr**
**Jersey City, NJ 07305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Stepan Pasechko**
**5143 N.East River Rd**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Steven F. Cavanaugh**
**18894 Ackerman Avenue**
**Port Charlotte, FL 33948**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,262.20 |
|---|---|---|---|

**Stradiva, LLC**
**2425 McDonald Ave**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Suburban Packing Supplies**
**876 Eagle Dr.,**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H2U Ltd | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Summit Cold Storage,Inc**
**5450 South Center Ave**
**Summit Argo, IL 60501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**T Mobile 771589207**
**PO BOX 742596**
**Cincinnati, OH 45274-2596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**T-Mobile**
**PO Box 742596**
**Cincinnati, OH 45274-2596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3.63 |
|---|---|---|---|

**Tamani, Inc.**
**572 Smith St**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**TastleUsa**
**995 McDonald Avenue**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|

**Team Barry Marketing**
**476 country Club Drive,**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Team Barry Marketing**
**476 Country Club Dr**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tecno Project Manufacturing, LLC**
2835 Commerce Street
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**The MacKnight Smoke House, Inc.**
550 NE 185th St
Miami, FL 33179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,903.00 |
|---|---|---|---|

**Threeline Imports, Inc**
14a 53rd St
Brooklyn, NY 11232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,142.08 |
|---|---|---|---|

**TOH International**
1055 Hawthorn Dr.
Itasca, IL 60143

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**TRANSCHICAGO TRUCK**
776 N York Street
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Transportation Services Int'l INC**
1600 Lower Rd., Suite 4
Linden, NJ 07306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $712.50 |
|---|---|---|---|

**TRL Distribution and Imports**
P.O. Box 723
Palos Park, IL 60464-9998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | H2U Ltd | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**TVS Inc**
**415 Franklin Ave 5C**
**River Forest, IL 60305-1749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**UAB ' SC Trading'**
**Kaunas, Lietuva**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**United Healthcare Insurance Company**
**Dept.CH 10154**
**Palatine, IL 60055-0151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**UniTel**
**Payment Processing**
**Naperville, IL 60566-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.69 |
|---|---|---|---|

**Universal Advantage Fleet Card**
**PO Box 105080**
**Atlanta, GA 30348-5080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**US Logistics**
**P.O. Box 53009**
**Cincinnati, OH 45253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**USPS**
**303 E Green St**
**Bensenville, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | H2U Ltd | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Vadim Muchnik**
7033 N Kedzie #701
Chicago, IL 60645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Vanguard Logistics Services (USA) Inc**
32366 Collection Center Drive
Chicago, IL 60693-0323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**VASHE INC**
1341 W Fullerton Ave
Chicago, IL 60614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Vedekova Inc**
507 E. Spruce Drive
Palatine, IL 60074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.01 |
|---|---|---|---|

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002-5505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**VI Trading Group**
153 Winston Dr
Matawan, NJ 07747

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Viktoras Paulauskas**
10041 S. Walnut Terrace, Apt. 307
Palos Hills, IL 60465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | H2U Ltd | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Viktoria Seafood Inc**
**5115A Farragut Road**
**Brooklyn, NY 11203**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Viktoriia Iaroshko**
**1285 N Crescent Heights Blvd**
**West Hollywood, CA 90046**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Village of Bensenville 5001**
**12 South Center Street**
**Bensenville, IL 60106**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.03 |
|---|---|---|---|

**Village of Bensenville 5002**
**12 South Center Street**
**Bensenville, IL 60106**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Vinill, Inc.**
**82 Hope Ln**
**Staten Island, NY 10305**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**VIP Remodeling Services**
**3226 S Carpenter St**
**Chicago, IL 60608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Vitalii Puhach**
**4347 W North Ave**
**Chicago, IL 60639**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | H2U Ltd | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Vitaliy Kremen**
**179 Wild Flower**
**Round Lake Beach, IL 60073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**VK-Import**
**78 McCullough Dr**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Volodymyr Makushenko**
**9201 Skokie Blvd**
**Skokie, IL 60077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Voyage-Marche, Inc**
**50 WEST MASHTA DRIVE, SUITE 4**
**KEY BISCAYNE, FL 33149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Waldman Seafood, INC**
**PO Box 967**
**Englewood Cliffs, NJ 07632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Wally's Market**
**1731 W Golf Rd**
**Mt Prospect, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.68 |
|---|---|---|---|

**WELLS FARGO**
**PO Box 105710**
**Atlanta, GA 30348-5710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **H2U Ltd** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Wentworth Tire Service**
**11130 S Corliss Ave**
**Chicago, IL 60628**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Westgate Resort Las Vegas**
**3000 Paradise Rd,**
**Las Vegas, NV 89109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Windy City Organics, LLC**
**PO Box 328**
**Glenview, IL 60025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**World to World Trading Inc**
**4600 Boul De La Grande Allee**
**Boisbriand, QC J7H-1S7**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Wright Express Fleet Services**
**WEX Bank**
**Carol Stream, IL 60197-6293**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**XPO Logistics**
**13777 Ballantyne Corporate**
**Charlotte, NC 28277**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Yana S Kiriychuk**
**754 grouse court**
**Deerfield, IL 60015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **H2U Ltd** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Yuriy Carpet Inc**
**Attn. Yuriy Ropiy**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Zanotti CompleteTransportRefrigeration**
**Refrigeration Service, Inc**
**IL, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 16,286.47 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,595,071.64 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,611,358.11 |

**Fill in this information to identify the case:**

Debtor name    **H2U Ltd**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **H2U Ltd**

United States Bankruptcy Court for the:        NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **H2U Ltd**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **H2U Ltd**                                    Case number _(if known)_ _____

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Daimler Benz finance** | **smart car** | **1/17/17** | **$0.00** |
| **Daimler Benz Finance** | **Freightliner Truck** | **2/3/17** | **$0.00** |
| **TRL Distribution and Returns** | **returned product** | | **$2,500.00** |
| **Ludwig Dairy** | **returned product** | | **$6,000.00** |
| **Stradiva LLC** | **product return** | | **$5,016.00** |
| **Isuzu Finance** | **Isuzu Truck** | | **$0.00** |
| **Buffalo SAV** | **truck** | | **$0.00** |
| **(creditor)** | **freightliner returned to creditor** | | **$0.00** |
| **(Name)`** | **Ice cream truck returned to creditor** | | **$0.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Hyson USA Inc et al v Hyson 2U Ltd et al**<br>**14 CV 4320** | **Case Settled** | **Federal Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **H2U Ltd et al v Hyson USA Inc.** | **Settled** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | **H2U Ltd** | Case number *(if known)* | |
|---|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Vadim Muchnik, Consultant** | | | **$8,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Mark BEcker, Esq.**<br>**2300 Barrington Road  Suite 400**<br>**Hoffman Estates, IL 60169** | | | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor      **H2U Ltd**                                                         Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Larry Thompson Attorney** | | | **$3,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Elena Yurdanova, CPA** | | | **$4,800.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **(creditor) - settlement from lawsuit** | **Inventory/plant/equipment given as part of settlement of lawsuit** | | **$30,000.00** |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Debtor   **H2U Ltd**                                                                        Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | H2U Ltd | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service
From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor    **H2U Ltd**                                                                 Case number *(if known)*

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **H2U Ltd**                                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2017**

**/s/ Karolis Kaminskas**                              **Karolis Kaminskas**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  __H2U Ltd__ _____

_____
Debtor(s)

Case No. _____

Chapter  __7__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 23, 2017** _____
_Date_

/s/ Mark Becker _____
**Mark Becker**
_Signature of Attorney_
**Becker and Becker**
**2300 Barrington rd ste 400**
**Hoffman Estates, IL**
**847-382-9568  Fax: 847-382-9567**
**Beclaw@att.net**
_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    **H2U Ltd**                                                                Case No.
                                                         Debtor(s)         Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                **409**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 23, 2017**                        **/s/ Karolis Kaminskas**
                                                     **Karolis Kaminskas/President**
                                                     Signer/Title

4EVER Design Studio Inc
3401-B N Kennicott Ave
Arlington Heights, IL 60004

A Lift Above Inc.
699Walnut, Unit B
Elmhurst, IL 60126

A Lift Above Inc.
699 Walnut
Unit B
Elmhurst, IL 60126

A One Logistic Inc
P.O.Box 976
Tinley Park, IL 60477

A&G Mechanical Inc.
3027 Scott St.
Franklin Park, IL 60131

A&G Mechanical, Inc.
3027 Scott St.,
Franklin Park, IL 60131

A&M Gourmet Foods Inc
6813 Steels Ave
Toronto, ON M9V 4R9

AAB Trans Inc.
6335 N Sacramento Ave, apt 2R
Chicago, IL 60659

AAB Trans, Inc.
635 N Sacramento Ave, Apt
Chicago, IL 60659

ABT ELECTRONICS/Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061

Advance Auto Parts
9320 Skokie Blvd
Skoki, IL 60077

Agma services Inc
11 A Kingery quarter #201
Wllowbrook, IL 60527


Akula LLC
864 Sumac Road
Highland Park, IL 60035


Akzepta Inkasso GMBH
Sironastrasse 3
A 5071
Wals Bein Salzburg,


Alef Sausage
1026 Campus Dr
Mundelein, IL 60060


Alex's Meat Distributors
5600 1st Ave
Brooklyn, NY 11220


Alexander Arutyunyan
4472 Four Winds Ln
Northbrook, IL 60062


Aliance Ground
517 Express Center Dr
Ohare Aeroport, IL


ALKI
1285 Pebble Beach Rd
Tobyhanna, PA 18466


All Stars Bakery
220 Viceroy Rd, Unit #6
Concord, ON L4K1S6


Altus Global Trade Solutions
2400 Veterans Memorial Blvd
#300
Kenner, LA 70062

American Express
1801 NW 66th Ave
Suite 103A
Plantation, Florida 33313-4571


American Express 7-81001
BOX 0001
Los Angeles, CA 90096-8000


Amish Honey, Inc
2605 Coney Island Ave
Brooklyn, NY 11223


Anderson Pest Solutions
501 W Lake Street Ste 204,
Elmhurst, IL 60126-1419


Andy's Deli & Mikolajczyk Sausage Shop.I
4021 W. Kinzie St.
Chicago, IL 60624


Ann's Bakery. Inc.
2158 W. Chicago Avenue
Chicago, IL 60622


Anton Aleksandrov
1405 Chippewa Trl
Wheeling, IL 60090


AP Atlantic Distribution Inc
7190 NW 12th Street
Miami, FL 33126


Aqua Chill of Chicago
PO Box 24684
Tempe, AZ 85285


Arcadia Press, Inc.
10915 Franklin Ave., Suite L
Franklin Park, IL 60161


Arctic Food Services, Inc.
3012 Otto Street
Belleville, IL 62226

Argotrade
832 E Saint Georges Ave
Linden, NJ 07036


Arlington Hi-Tech auto
668 E.Norhtwest HWY,
Il 60004


ARLINGTON NISSAN
1100 W Dundee Rd
Arlington Heights, IL 60004


Arriera Foods LLC
8402 Amparan Road
Laredo, TX 78045


Artjoms Kalinicenko
1751D W Howard St #103
Chicago, IL 60626


ASAP Imports Co
320 Howard Ave
Des Plaines, IL 60018


Ashland Sausage
280 S. Westgate Dr
Carol Stream, IL 60188


AT&T
PO Box 6416
Carol Stream, IL 60197-6416


AT&T 4155
PO Box 6463
Carol Stream, IL 60197-6463


ATeam Office Interiors, Inc
PO Box 1683
Palatine, IL 60078-1683


Autotronics Car Care of Skokie
8025 Skokie Blvd,
Skokie, IL 60077

AV Delicious Foods Inc.
77 Edgewood Rd
Morganville, NJ 07751


Avanti -Business
Minsk 220136,
Briketa 2-332


AZ Midwest
875 E Devon Ave
Elk Grove Village, IL


Baltic Builders & Designers, Inc
394 Gregg Ln.
Buffalo Grove, IL 60089


Baltic Marketing Inc
19 North Mountain Ave
Montclair, NJ 07042


Banat Consttruction INC
2501 Rusty Dr
Des Plaines, IL 60018


Bank of America - 291012947258
PO Box 25118
Tampa, FL 33622-5118


BANK OF AMERICA 3100
PO Box 15796
Wilmington, DE 19886-5796


Bank of America 5971
Business card
Wilmington, DE 19886-5796


Bank of America xx1826
Legal Order Processing/Christiana IV
800 Samoset Dr
Newark, DE 19715


Bank of America xx5425
Legal Order Processing/Christiana IV
800 Samoset Dr
Newark, DE 19713

Bank of America xx7802
Legal Order Processing/Christiana IV
800 Samoset Dr
Newark, DE 19714


Barcode Guy
2078 Wilson Road
Pisgah Forest, NC 28768


Beata & Sons Cleaning
1088 Gokdfinch Lane
Antioch, IL 60003


Beata Ivanauskiene
1088 Golfinch Ln.,
Antioch, IL 60002


Becker & Becker
2300 Barrington Road, suite 400
Hoffman Estates, IL 60169


Beeline Truck
133 Beeline Drive
Bensenville, IL 60106


Bellafit Investments INC.
ADR Building, 13th floor,
Republic of


Belmont Sausage
2201 Estes Avenue
Elk Grove, IL 60007


BM Transportation Towing LLC
PO Box 14209
Columbus, OH 43214


Bon Marine Shipping Agency
Varna,
Vardar str.5


Boris Distribution
5243 Yarmouth Ave, Suite 40
Encino, CA 91316

Bos Smoked Fish Inc.
1175 Pattullo Ave
Woodstock, ON N4S 7W3


Bozillas Co.
5828 lenox Rd
Lisle, IL 60532


Brandt Box & Paper Co, Inc
400 Lexington Dr
Buffalo Grove, IL 60089


Bridge Terminal Transport
BTTS Accounts Receivable
Charlotte, NC 28241-7917


Bright One Communication, Inc
19 Stack Dr
Staten Island, NY 10312


BSD Smoked Seafood LLC.
5647 77th S.
Kenosha, WI 53142


Buffalo SAV Inc.
1550 William St
Buffalo, NY 14206


Bulat Tehnologies
612 Martin Ln
Deerfield, IL 60015


C & C Equipment Repair Inc
1901 Pratt Blvd
Elk Grove, IL 60007


CAJ International
51010N. Casa Blanca Drive, #206
Paradise Valley, AZ 85253


Cape Foods
Unit 18 Alternator Park
Western Cape 07441

Capital One
PO Box 71083
Charlotte, NC 28272-1083


CAT SCALE COMPANY
PO BOX 630
Walcott, IA 52773


Catania-Spagna Corp.
P.O. Box 847315
Boston, MA 02284-7315


CF Style
700 N Green St, Suite #303
Chicago, IL 60642


Chicago Rabbinical Council
2701 W. Howard St.
Chicago, IL 60645


Chicago Seafood & Restaurant Supply
4433 W 42nd Place (Ann Lurie)
Chicago, IL 60632


CK Commerce Inc
2009 N Kenneth Ave
Chicago, IL 60639


CKS Warta Soccer Club
220 S Roselle Rd, Unit 521
Schaumburg, IL 60193


Codess, Inc.
C/O Elena Yurdanova
Ringwood, IL 60072


Columbia Container Lines (USA) Inc.
11 North Montague Street
Valley Stream, NY 11580


Comcast 1551
PO Box 37601
Philladelphia, PA 19101-0601

```
Comcast 1585
PO Box 3002
Southeastern, PA 19398-3002


Comcast Cable 1684
Po Box 3002
Southeastern,, PA 19398-3002


ComEd 1128
PO Box 6111
Carol Stream, IL 60197-6111


ComEd 4021
PO Box 6111,
Carol Stream, IL 60197-6111


ComEd 6033
PO Box 611
Carol Stream, IL 60197-6111


CONTAINERSTORE
Schaumburg


Cosmopolitan Food Group, Inc
50 Harrison Street
Hoboken, NJ 07030


Country Insurance Company
PO Box 2100,
Bloomington, IL 61702-2100


Country Mutual Insurance Company
PO Box 2100
Bloomington, IL 61702-2100


Crepini LLC.
5600 First Ave.
Brooklyn, NY 11220


Crown Ocean International, Inc.
18 Throckmorton Ln, Suite 206
Old Bridge, NJ 08857
```

Cumberland Servicenter Inc.
2375 Oakton Street
Arlington Heights, IL 60005-4817


D.A.T. Direct Inc.
5143 Neast River Rd
Chicago, IL 60656


Dairy Import
3 Corporate Drive
Cranbury, NJ 08512


Dalian Masoo International Trading., Co
20 Gangwan St
Zhongshan District


Dalius Sakalauskas
308 Beach Ave apt 3a
La Grange Park, IL 60526


DARF
Illinois Association of Retired Firefigh
Downers Grove, IL 60515


Data Anyway
9501 W Devon Ave, suite #500
Rosemont, IL 60018


DBA Vanguard Logistics Services
250 South Gary Ave
Carlo Stream, IL 60188


Delicious World Corp
56 Vulcan St
Staten Island, NY 10305


Delizza Inc.
6610 Corporation Parkway
Battleboro, NC 27809


Deluxe for Business
P.O. Box 1186
Lancaster, CA 93584

Dependable Fire  Equipment, INC
100 North Le Baron street,
Waukeegan, IL 60085-3025


Destiny Transportation
4740 S. Whipple St.
Chicago, IL 60632


Didziokas Inc.
Ivan Didziokas
Palatine, IL 60074


Dilara Tairova
151 Avon Road
Northbrook, IL 60062


Direct Global , INC
Po Box 926
Itasca, IL 60143


Dnd Productions,Inc
340 Claymoor Suite 2B
Hinsdale, IL 60521-5042


DSTRANS
Dalius Sakalauskas
La Grange Park, IL 60506


Du Page Security Solutions, INC
603 S Addison Rd
Addison, IL 60101


Due to Sojuz Inc
464 Country Club Dr
Bensenville, IL 60106


DuPage County Sheriff
20 Danada Square W #159
Wheaton, IL 60187-1000


Dyachyshyn Julia
507n Spruse Dr.
Palatine, IL 60074

Eastland Food
8305 Stayton Drive
Jessup, MD 20794


Eb Construction And Remodeling Llc.
38W510 Toms Trail Drive
St. Charls, IL 60175


Ecomeal Organic
5349 Kings Highway
Brooklyn, NY 11203


Edgeball Table Tennis Corp.
Engelbert Solis


Efreightsolutions LLC
975 Cobb Place Blvd
Kennesaw, GA 30144


EGF International LLC
1875 River Falls Dr.
Roswell, GA 30076


EKSPORTA UAB
Sabalkalnio g.18
Lietuva


Elite Express
PO Box 467263
Atlanta, GA 21146


Elite Naturel USA LLC
44 Mound Street
Lindenhurst, NY 11757


Elmhurst Trans Chicago Truck Group
776 N York St
Elmhurst, IL 60126


ELW Media Group Inc
1665 Hopi Trail
Wheeling, IL 60090

Empire Bakery
180 Steeles Ave W. #31
Thornhill, ON L4J 2L1


Ethnic Media Corporation
704 S. Milwaukee Ave.
Wheeling, IL 60090


Euro Import.
4821 1st Avenue
Brooklyn, NY 11232


European Importing Co.
4351 Jetway Ct
North Hignlands, CA 95660


European Sports
830A E. Golf Rd.
Schaumburg, IL 60173


Even Hotel NY
321 W 35th St,
New York, NY 10001


Excellence Industries
3710 Corporex Park Drive
Tampa, FL 33619


Expack Seafood
915 Woodridge Center
Woodridge, NJ 07095


EZ Water Pure Inc.
P.O. Box 140524
Brooklyn, NY 11214


Far Island Corp.
None
New York, NY 11229


Fatima Mirzaev
621 Dorset Court
Wheeling, IL 60090

Fed Ex
P O Box 94525
Palatine, IL 60094


First Alert
3901 Liberty Street Road
Aurora, IL 60504-8122


First American Payment Systems
100 Throckmorton St
Ste 1800
Fort Worth, TX 76102


First Logistics
Baltijos pr.123/Minijos g.123-47,
Klaipeda


Fish Boom, Inc
1411 Gravesend Neck Rd
Brooklyn, NY 11229


Five Star Consulting, Inc.
10014 Bissell Dr
Twinsburg, OH 44087


Food Trade
Fabijoniskiu 92-20,
Vilnius


Four Seasons Dairy, Inc.
255 58th St
Brooklyn, NY 11220


FREIGHTQUOTE.COM
1495 Paysphere Circle
Chicago, IL 60674


Fully Equipped, Inc
1751D W Howard St #103
Chicago, IL 60626


Fyda Freightliner Columbus, Inc.
1250 Walcutt Rd.
Columbus, OH 43228

Galletas Gullon S.A.
Avenidade Burgos, 2
Aguilar de Campoo 34800


Gateway Truck & Refrigeration
8745 west 82nd Place
Justice, IL 60458


GATTO Inc.
405 S Creekside Dr, #603
Palatine, IL 60074


GE Capital
P.O. Box 740423
Atlanta, GA 30374-0423


Getman CO
9201 Skokie Blvd apt 302
Skokie, IL 60077


Glass Enhancements
4020 McFarland Rd
Loves Park, IL 61111


Global Experience Specialists, Inc
PO Box 96174
Chicago, IL 60693


Global Importing Group
4201 N.E. 161st Ave
Portland, OR 97230


Globus foods.
PO Box 1652
Des Plaines, IL 60017


Gogsadze David
5653 N.Chrirtiana
Chicago, IL 60659


Gold Field,Inc
1819 ave L, apt 1D
Brooklyn, NY 11230

Golden Ocean Seafood, Inc
2355 South Blue Island Ave
Chicago, IL 60608


Gorod Solnca
29 Melnitskaya St
Odessa 65033


Gourmands Club
3452 San Fernando Rd
Los Angeles, CA 90065


Great Northern Products Ltd
P.O. Box 7622
Warwick, RI 02887


Groot Industries, Inc.
2500 Landmeir Rd.
Il 60007


GS1 The Global Language Of Business
Department
Detroit, MI 48278-1271


Gunz America Corp.
Im Hau 23
M?der 06841


Gvinjilia Mikheil
9701 N. Dee Rd, apr. 5E, Niles,
IL 60714


H & S Trading
21751 Arenga Ln
Estero, FL 33928


Haifa Smoked Fish
94-15 150 St
Jamaica, NY 11435


Hickory House
4396 E Alexander Rd
Las Vegas, NV 89115

Hitachi
21925 Network Place,
Chicago, IL 60673-1219


HONDA FINANCIAL SERVICES
P.O. BOX 5308
ELGIN, IL 60121


Honey Tree
8762 Reliable Pkwy
Chicago, IL 60686


Hubspot/McCarthy Burgess Wolfe
26000 Cannon Road
Bedford, OH 44146


HY CITE FINANCE
PO BOX 2904
MILWAUKEE, WI 53201


HYSON 2U LTD
464 Country Club Dr.
Bensenville, IL 60106


HYSON 2U, LTD
464 Country Club DR
Bensenville, IL 60106


Hyson Imports INC.
464 Country Club DR.
Bensenville, IL 60106


Hyson Teas (PVT) Limited
190/1,
, Siri Sumana Mawatha,


Hyson USA Inc.
612 Supreme dr
Bensenville, IL 60106


Hyson USA NY
P.O. Box 17
Bensenville, IL 60106

Hyson USA, Inc
PO Box 17
Bensenville, IL 60106


Igor Oleksyak
6811 W. Altgeld St.
Chicago, IL 60707


IL Truck Center
700 E. Devon Avenue
Elk Grove Village, IL 60007


ILG International Trading
70 Bishop St
Staten Island, NY 10306


Illinois Department of Employment Securi
PO BOX 19300
Springfield, IL 62794-9300


Illinois Department of Revenue
P.O. Box 19052
Springfield, IL 62794-9052


Illinois Police Coalition
7115 W North Ave #229
Oak Park, IL 60302


Illinois Truck Centre Inc
700 Devon Ave
Elk Grove, IL 60007


Image System
1776 Comerce Dr.
Elk Grove Village, IL 60007


Imaginary Sun Inc
Saidas Blistrabas
Schauburg, IL 60193


Impact Food Distributing, Inc.
52 Butler St
Elizabeth, NJ 07206

Infinity Insight, Inc.
7033 N Kedzie #701
Chicago, IL 60645


Infogroup
Ashley Hachat
Papillion, NE 68046


Internal Revenue Service
P.O. Box 804522
Cincinnati, OH 45280-4522


International Gift & Tobacco
9 w irving park rd
Bensenville, IL


Interpage International
8855 Bay Parkway #8D
Brooklyn, NY 11214


Iowa Illinois Warehouse Services,Inc
1100 Houston Ave
Elgin, IL 60120


IQM
401 W Pleasant St
Hammonton, NJ 08037


IRS
Deparrtment of Treasury
Cincinnati, OH 45999


IRS
Dept of Treasury
Cincinnati, OH 45999-9900


ISUZU Finance of America
2500 Westchester Avenue
#312
Purchase, NY 10577


Isuzu Finance Of America, Inc.
777865 Solution Center
Chicago, IL 60067

J & R Dairy
5350 W 38th St
Cicero, IL 60804


Janel-Ferrara Group
1319 N Broad Street
Hillside, NJ 07205


Jesse White
Secretary of State License Renewal
Springfield, IL 62707-9700


JJ Martin Group LLC
4002 2nd Ave
Brooklyn, NY 11232


JK LOGISTIKCS LIMITED
2 Mitropoleos Street,
Nicosia


Joseph Dubinsky
PO Box 245436
Brooklyn, NY 11224


JSC ' FOOD TRADE' Valdorfo
Fablijoniskiu 92-29,
Vilnius


Kabbage Inc.
925B Peachtree Street
Suite 1688
Atlanta, GA 30309


Kamile Kaminskaite
S neries 51-92
Vilnius 06305


Karolina Express
9805 6th st, unit 203
Rancho Cucamonga,, CA 91730


Karolis Kaminskas.
227 Rice Rd
Wayland, MA 01778-2808

Key V CO Ltd
325 Oak Creek Dr. Apt 207
Wheeling, IL 60090


Khornauli Zurabi
1400 S. Busse Rd.
Apt.1A, mount Prospect,, IL 60056


KIA Motors Finance
P.O. Box 660891
Dallas, TX 75266-0891


Kiachelli 21, Inc.
102-45 62 Rd, Suite 1F
Forest Hills, NY 11375


KLM TRANS, INC.
3435 S Cicero Ave,
Cicero, IL 60804


Konex - Tiva Ltd.
9 Bulgaria Blvd. bl. 3, entr. 1, ap. 1
Sofia 01408


Konex-Tiva Ltd
9 Bulgaria blvdbl3. suite 1
Sofia 1408


Kotra CDL School
35 Old Skokie Hwy
Park City, IL 60085


Kozlova Anna
1518 E Palmer Ln
Palatine, IL 60074-1791


Krasniy Oktyabr
60 20th St Sunset Industrial Park
Brooklyn, NY 11232


Krujex Freight Transport Corp
13215-C8 SE Mill Plain Blvd, # 112
Vancouver, WA 98684

La Bodega, Inc
3225 S Western Ave
Chicago, IL 60608


Labels Unlimited Company
3400 W 48th Place
Chicago, IL 60632


Laceup Solutions Inc.
1040 Falcon Ave
Miami, FL 33166


Laura Rozenbegaite
933 Providence Ln
Buffalo Grove, IL 60089


Law Office of Judi Smith
50 S. Main Street, Suite 200
Naperville, IL 60540


Lectra Max Inc
1231 Harding Rd Apt 302
Des Plaines, IL 60016


Leonid Tansky.
4472 Four Winds Ln
Northbrook, IL 60062


Lexus financial services
PO BOX 4102
Carol Stream, IL 60197-4102


Life Basics,LLC
444 Lake Cook Rd
Deerfield, IL 60015


Lifeway Foods, Inc.
6431 West Oakton St
Morton Grove, IL 60053


Lina Emroidery
1134 State St
Lemont, IL 60439

Lithuanian World Center
14911 127th St
Lemont, IL 60439


Ludwig Dairy Inc.
1270 Mark St
Elk Grove Village, IL 60007


M & D Special
4 Margate Ct.
Lake Zurich, IL 60047


Maersk line
9300 Arrowpoint Boulevard,
Charlotte, NC 28273-8136


Magic Service
641 Checker Dr.
Buffalo Grove, IL 60089


Maistrenka Vadzim
Hapsfield 207, Buffalo grove,
IL 60089


Mariana Badia
1202 North 14th Ave
Melrose Park, IL 60160


Marinel LLC
3051 Brighton 3rd St
Brooklyn, NY 11235


Maryna Bila
1657 W Farwell Ave
Chicago, IL 60626


MASTER SAFETY, INC.
1280 MARK STR.
BENSENVILLE, IL 60106


McCormick Place
3050 S Moe Dr
Chicago, IL 60616

McQuilan Law Office LLC
Kevin McQuillan
Naperville, IL 60540


Medaus Pirkliai
7 Juozapaviciaus
Kaunas


Medaus pirkliai UAB
A. Juozapavicius pr.7F,
Kaunas 45251


Media Express
Publishing Corporation
New York, NY 10038


Mediterranean Shipping Company (usa) Inc
420, 5Th Avenue
New York, NY 10018


Mega Food Int.
10211 Northeast Ave
Philadelphia, PA 19116


MegaFood Int.
10211 Northeast Ave
Philadelphia, PA 19116


Mercedes-Benz Financial Services USA LLC
PO Box 5209
Carol Stream, IL 60197-5209


Mercedes-Benz Financial Services USA LLC
13651 Heritage Parkway
Fort Worth, TX 76177


Mercedes-Benz Financial Services USA LLC
13650 Heritage Parkway
Fort Worth, TX 76177


Metropolitan Exposition Services,Inc
115 Moonachie ave
Moonachie, NJ 07074

Midwest Glass Tinters
260 Jamie Ln.
Wauconda, IL 60084


Migle Linga
480 N McClurg Ct
Chicago, IL 60611


Mindaugas Braslauskas
1338 Inverrary Ln
Deerfield, IL 60015


Miro Transportation, Inc.
142/14 26th Aven
Flushing, NY 11354


MOL (America) INC.
7573
Philadelphia, PA 19170-7573


Mondray Trade LLP
82 Whitchurch Rd
Cardiff CF143LX


Monitronics
Dept. CH 8628
Palatine, IL 60055-8628


Mr. Pierogi Inc.
5600 1st. Avenue B16
Brooklyn, NY 11220


MT.Shire Management
1821 W Golf Rd, Mount
Prospect, IL 60056


N-Logistics Company  LLP
Cornwall Buildings,
Birmingham B3 3QR


Nat Corp
16325 NE 44th Ct
Redmond, WA 98052

Natali Express
PO BOx 1167
Princeton, NJ 08542


Natalia Kirylchuk
973 Pine Tree Ctr
Buffalo Grove, IL 60089


Natallia Dudko
728 W Dempster St
Mt. Prospect, IL 60056


New Era Drug Testing
432 W Broadway
Glendale, CA 91204


New Horizons Radio Corp.
6600 N. Lincoln Ave.,
Suite 236, IL 60712


New Life Radio Co
615 Academy Dr., IL
Northbrook, IL 60062


Nicor Gas 4368
PO BOX 5407
Carol Stream, IL 60197-5407


Nicor Gas 7826
PO BOX 5407
Carol Stream, IL 60197-5407


Nina Prikhodko
2431 JHappy Hollow RD,
Glenview, IL 60026


Nissan Motor Acceptance Corporation
P.O. Box 9001133
Louisville, KY 40290-1133


North Fish USA
2681 S Park Rd
Hallandale, FL 33009

NW Trans Corp
431 E Osage Ln, #3B
Palatine, IL 60074


NY State Dept fo Taxation
Albany, NY 12227


Oak Mill Bakery
8012 N.Milwaukee Ave.
Niles, IL 60714


Ocean Treasures
2840 139 Ave SE, Suite 26
Bellevue, WA 98005


Office Expenses
464 Country Club Dr
Bensenville, IL 60106


Oksana Kiriychuk
280 N. Westgate Apt. 122
Mt. Prospect, IL 60056


Olivamed, LLC
401 Shotwell Dr
Franklin, OH 45005


On Time Express
880 Red Hawk Dr.
Antioch, IL 60002


Pavel Yafremau
1518 S Fallbrook Dr
Round Lake Park, IL 60073


PAWNEE Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526


Pelmen Foods Ltd.
777 The Queensway, Unit E
Toronto, ON M8Z 1N4

Pita Krunch
820 Champlain St
Toledo, OH 43604


Pitney Bowes
Purchase Power
Pittsburgh, PA 15250-7874


Polar Ice Co
2308 W 23st Place
Chicago, IL 60608


PORT FREIGHT, INC
1600 Lower road
Linden, NJ 07036


Posh Nosh Imports
1 Jacobus Ave
South Kearny, NJ 07032


Prime Food USA LLC
220 Greencroft Ave
Staten Island, NY 11220


Principal Life Insurance Company
Grand Island,
Des Moines,, IA 50306-3513


Progressive Insurance
PO Box 7247-0112
Philadelphia, PA 19170-0112


PTR Truck Center, LLC
1270 North Avenue
West Chicago, IL 60185


Qingdao Canned Foods Co., LTD
8, Shandong Road
Qingdao


Qingdao Canned Foods Co., Ltd.
8, Shandong Rd
Qingdao

QUARTERSPOT
4601 N. Fairfax Dr., Suite 1120
Arlington, VA 22203


QUARTERSPOT LOAN
4601 N. Fairfax Dr.
Suite 1120
Arlington, VA 22203


Quill.com
Quill Corporation
Philadelphia, PA 19101-0600


R.J.Electric Service,Co.
112 Hampton Ave.
Westmont, IL 60559


Radio Narodnaya Volna
310 Melvin DR, Ste.17
Northbrook, IL 60062


RCO Law/Honey Tree
105 Brown Street
Ste 100
Tecumseh, MI 49286


Red Square Foods
62 Berry St
Somerset, NJ 08873


Related Product INC.
707 Thomas Drive
Bensenville, IL 60106


Resurs Co, LTD
59 Zheleznodorozhnaya str,
457000


Roshen USA  LLC
77 Edgewood Rd.
Morganville, NJ 07751


Rostyslav Kuznetcov
560 W Lodge Trl Unit B
Wheeling, IL 60090

Royal Baza, Inc.
175 Lake ave,
Staten Island, NY 10303


Royal Sweet Bakery, Inc.
119 49th St
Brooklyn, NY 11232


RUIZ VELASCO
180 N Wacker Dr #203
Chicago, IL 60606


Ruslan Khalilov
1335 Oakmeadow Ct.
Wheeling, IL 60090


Russian Creperie Company Inc.
800 E 91st Street
Brooklyn, NY 11236


Ryan Walach
820 N. Orleans, Suite 345
Chicago, IL 60610


Ryder - Bensenville
902 Rt 83
Bensenville, IL 60106


S & F Food Importers, Inc.
565 Edgeley Blvd
Vaughan, ON L4K 1X5


S & P Tax Solutions, LTD.
141 Revere Drive
Northbrook, IL 60062


S & S Food Import
5337 Preston Ct
Brooklyn, NY 11234


SAFE  Security
PO Box 660826,
Dallas, TX 75266-0826

Safelite Auto Glass
500 E Thorndale Ave
Wood Dale, IL 60191


Sakhalin, Inc.
117 25th St
Brooklyn, NY 11232


Samsui Howard Group
1699 Wall St, Suite 120
Mount Prospect, IL 60056


SAOM, Inc.
1464 River Rd, Suite 3
Edgewater, NJ 07020


Savvy Trading Inc.
4947 N. Marmora Ave. FL 2
Chicago, IL 60630


Schafer Fisheries Inc.
pO Box 399
Thomson, IL 61285


SD HVAC Inc.
5469 W 84th St
Burbakan, IL 60459


Seafood Expert West Inc.
4564 160 St
Flushing, NY 11358


Seafood Expert, Inc. DBA Int'l C&D
45-64 160 St
Flushing, NY 11358


Seafreeze Ltd.
100 Davisvill Rd.
North Kingstown, RI 02852


Secretary of State
Department of Business Services
Springfield, IL 62756-5510

Seitenbacher America LLC
11505 Perpetual Drive
Odessa, FL 33556


Shafran & CO
1061 Belmar Ln
Buffalo Grove, IL 60089


SIA 'PIEJURA'
Avoti', Nicas pagasts,
Latvija, LV-3473


Sojus GmbH
HauptstraBe 59
23879 Molln


Sojuz ENT.
464 Country Club Dr.
Bensenville, IL 60106


Solomiia Iarema
10137 Hartford Ct
Shiller Park, IL 60176


Sonia's Kitchen
4114 B Place NW, Unit 102
Auburn, WA 98001


SOS Internet Vehicle
3701 Winchester Rd
Springfield, IL 62707-9700


Sprint
PO Box 629023
El Dorado Hills, CA 95762


Sprint
6200 Sprint Pkwy
Eisenhower A
Overland Park, KS 66251


SSB Trucking Inc
170 Southwicker Dr
Streamwood, IL 60107

Stamps.com
PO Box 202928
Dallas, TX 75320-2928


Stanislav Sytnyk
4958 W Newport Ave
Chicago, IL 60641


Star Snacks LLC
105 Harbor Dr
Jersey City, NJ 07305


Stepan Pasechko
5143 N.East River Rd
Chicago, IL 60656


Steven F. Cavanaugh
18894 Ackerman Avenue
Port Charlotte, FL 33948


Stradiva, LLC
2425 McDonald Ave
Brooklyn, NY 11223


Suburban Packing Supplies
876 Eagle Dr.,
Bensenville, IL 60106


Summit Cold Storage,Inc
5450 South Center Ave
Summit Argo, IL 60501


T Mobile 771589207
PO BOX 742596
Cincinnati, OH 45274-2596


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


Tamani, Inc.
572 Smith St
Brooklyn, NY 11231

TastleUsa
995 McDonald Avenue
Brooklyn, NY 11230


Team Barry Marketing
476 country Club Drive,
Bensenville, IL 60106


Team Barry Marketing
476 Country Club Dr
Bensenville, IL 60106


Tecno Project Manufacturing, LLC
2835 Commerce Street
Franklin Park, IL 60131


The MacKnight Smoke House, Inc.
550 NE 185th St
Miami, FL 33179


Threeline Imports, Inc
14a 53rd St
Brooklyn, NY 11232


TOH International
1055 Hawthorn Dr.
Itasca, IL 60143


TRANSCHICAGO TRUCK
776 N York Street
Elmhurst, IL 60126


Transportation Services Int'l INC
1600 Lower Rd., Suite 4
Linden, NJ 07306


TRL Distribution and Imports
P.O. Box 723
Palos Park, IL 60464-9998


TVS Inc
415 Franklin Ave 5C
River Forest, IL 60305-1749

UAB ' SC Trading'
Kaunas, Lietuva


United Healthcare Insurance Company
Dept.CH 10154
Palatine, IL 60055-0151


UniTel
Payment Processing
Naperville, IL 60566-1000


Universal Advantage Fleet Card
PO Box 105080
Atlanta, GA 30348-5080


US Logistics
P.O. Box 53009
Cincinnati, OH 45253


USPS
303 E Green St
Bensenville, IL 60106


Vadim Muchnik
7033 N Kedzie #701
Chicago, IL 60645


Vanguard Logistics Services (USA) Inc
32366 Collection Center Drive
Chicago, IL 60693-0323


VASHE INC
1341 W Fullerton Ave
Chicago, IL 60614


Vedekova Inc
507 E. Spruce Drive
Palatine, IL 60074


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

VI Trading Group
153 Winston Dr
Matawan, NJ 07747


Viktoras Paulauskas
10041 S. Walnut Terrace, Apt. 307
Palos Hills, IL 60465


Viktoria Seafood Inc
5115A Farragut Road
Brooklyn, NY 11203


Viktoriia Iaroshko
1285 N Crescent Heights Blvd
West Hollywood, CA 90046


Village of Bensenville 5001
12 South Center Street
Bensenville, IL 60106


Village of Bensenville 5002
12 South Center Street
Bensenville, IL 60106


Vinill, Inc.
82 Hope Ln
Staten Island, NY 10305


VIP Remodeling Services
3226 S Carpenter St
Chicago, IL 60608


Vitalii Puhach
4347 W North Ave
Chicago, IL 60639


Vitaliy Kremen
179 Wild Flower
Round Lake Beach, IL 60073


VK-Import
78 McCullough Dr
New Castle, DE 19720

Volodymyr Makushenko
9201 Skokie Blvd
Skokie, IL 60077


Voyage-Marche, Inc
50 WEST MASHTA DRIVE, SUITE 4
KEY BISCAYNE, FL 33149


Waldman Seafood, INC
PO Box 967
Englewood Cliffs, NJ 07632


Wally's Market
1731 W Golf Rd
Mt Prospect, IL 60056


WELLS FARGO
PO Box 105710
Atlanta, GA 30348-5710


Wentworth Tire Service
11130 S Corliss Ave
Chicago, IL 60628


Westgate Resort Las Vegas
3000 Paradise Rd,
Las Vegas, NV 89109


Windy City Organics, LLC
PO Box 328
Glenview, IL 60025


World to World Trading Inc
4600 Boul De La Grande Allee
Boisbriand, QC J7H-1S7


Wright Express Fleet Services
WEX Bank
Carol Stream, IL 60197-6293


XPO Logistics
13777 Ballantyne Corporate
Charlotte, NC 28277

Yana S Kiriychuk
754 grouse court
Deerfield, IL 60015


Yuriy Carpet Inc
Attn. Yuriy Ropiy
Chicago, IL 60622


Zanotti CompleteTransportRefrigeration
Refrigeration Service, Inc
IL, IL 60638

# United States Bankruptcy Court
## Northern District of Illinois

In re    __H2U Ltd__ _____

                                        Debtor(s)

Case No. _____

Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ H2U Ltd __ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 23, 2017** | **/s/ Mark Becker** |
| Date | **Mark Becker** |
| | Signature of Attorney or Litigant |
| | Counsel for    **H2U Ltd** |
| | **Becker and Becker** |
| | **2300 Barrington rd ste 400** |
| | **Hoffman Estates, IL** |
| | **847-382-9568 Fax:847-382-9567** |
| | **Beclaw@att.net** |